**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal Case No. 10-310 (RCL) |
| | ) | |
| **ROBERT DION SAVOY, et al.,** | ) | |
| Defendants. | ) | **FILED** |
| | ) | |
| | ) | AUG 1 0 2012 |

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**ORDER**

Since the government has no proposed redactions to the Court's sealed August 3, 2012

Memorandum and Order [186], it is hereby

ORDERED that the Court's August 3, 2012 Memorandum and Order [186] be unsealed.

SO ORDERED.

8/10/12

Date

Royce C. Lamberth, Chief Judge

1